```
 1
 2
 3
 4
 5                  IN THE UNITED STATES DISTRICT COURT
 6                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,      )
                                   )    2:06-cr-00441-GEB
 9            Plaintiff,           )
                                   )
10       v.                        )    RELATED CASE ORDER
                                   )
11  EFRAIN MEDINA, et al.,         )
                                   )
12            Defendants.          )
    _____)
13  UNITED STATES OF AMERICA,      )
                                   )    2:11-cr-00091-WBS
14            Plaintiff,           )
                                   )
15       v.                        )
                                   )
16  LEON BALDWIN, et al.,          )
                                   )
17            Defendants.          )
    _____)
18
```

19           On February 24, 2011, the United States of America filed a
20  "Notice of Related Cases" in which it states:

21           The [above-captioned] matters are related within
             the meaning of Eastern District of California Local
22           Rule 123. In particular, the Indictment in Case No.
             CR-S-06-441 GEB charges Efrain MEDINA and a large
23           number of defendants with a large-scale conspiracy
             to distribute and possess with intent to distribute
24           methamphetamine, heroin, MDMA and cocaine. Many of
             the defendants have pled guilty in front of Judge
25           Burrell, and some of those defendants were
             sentenced pursuant to U.S.S.G. § 5K1.1. A large
26           portion of the evidence in Case No. CR-S-06-441 GEB
             arose from wiretaps authorized by Judge Burrell.
27           The abovecaptioned case, 11-CR-0091 WBS and
             Criminal Case No. CR-S-06-441 GEB involve some of
28           the same parties and both cases involve similar
             questions of fact and law. The two matters are

        therefore related within the meaning of Local Rule 123. In addition, the matters are related because there would be a substantial duplication of labor if the actions were heard by different District Judges.

(ECF No. 357, 1:27-2:13.)

        The above-entitled actions are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action No. 2:11-cr-00091 is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned case shall show the initials "GEB." Further, any dates currently set in the reassigned case are VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: February 25, 2011

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge