**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LEON BALDWIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR.NO. S-11-91–GEB |
| PLAINTIFF,   ) | |
| v.   ) | STIPULATION AND PROPOSED ORDER TO CONTINUE THE JUDGMENT AND SENTENCING DATE TO FRIDAY, SEPTEMBER 23, 2011 |
| LEON BALDWIN, et. al.,   ) | |
| DEFENDANTS.   ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Jill Thomas  and defendant Kimberly Ware, by her attorney, Ms. Shari Rusk, and defendant Leon Baldwin, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the current Judgment and Sentencing date of Friday, August 26, 2011 can be vacated and a new Judgment and Sentencing date of **Friday, September 23, 2011**, at 9:00 a.m. before  Federal District Court Judge, Honorable Garland B. Burrell, Jr., can be set by the Court.

The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for Judgment and Sentencing on **Friday, September 23, 2011,** and the Court is available.

1

The defendants waive time to September 23, 2011, for Judgment and Sentencing.

It is so stipulated and agreed.

                                        BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      /s/ Jill Thomas -by e mail authorization

DATED: 8-23-11                _____
                                      Jill Thomas
                                      ASSISTANT UNITED STATES ATTORNEY
                                      ATTORNEY FOR THE PLAINTIFF

DATED: 8-23-11                /s/ Shari Rusk

                                      _____
                                      Shari Rusk
                                      Attorney for Defendant Kimberly Ware

DATED: 8-23-11                /s/ James R. Greiner

                                      _____
                                      James R. Greiner
                                      Attorney for Defendant Leon Baldwin

///
///
///

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge